UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| TUAN NGO,<br><br>    Plaintiff,<br><br>v.<br><br>SENIOR OPERATIONS, LLC, d/b/a AMT SENIOR AEROSPACE, INC., a Delaware Corporation doing business in the State of Washington,<br><br>    Defendant. | Case No. 2:18-CV-01313 RSL<br><br>~~PROPOSED~~ ORDER GRANTING STIPULATED MOTION OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL<br><br>Hearing Date: September 10, 2019<br>Without Oral Argument |

It is now ORDERED that the Stipulated Motion for Withdrawal and Substitution of Counsel is GRANTED.

DATED this **12th** day of **September**, 2019.

_____
The Honorable Robert S. Lasnik
United States District Court Judge

STIPULATION OF WITHDRAWAL AND
SUBSTITUTION OF COUNSEL – 1
*Ngo v. Senior Operations, LLC, et al* – Case No. 18-2-01313 RSL

SEBRIS BUSTO JAMES
14205 SE 36th St., Suite 325
Bellevue, Washington 98006
Tel: 425-454-4233 – Fax: 425-453-9005

1   Presented By:
    SEBRIS BUSTO JAMES

2

    By: s/ Jeffrey A. James
3   Jeffrey A. James, WSBA #18277
    Matthew R. Kelly, WSBA #48050
4   14205 SE 36th St., Suite 325
    Bellevue, Washington 98006
5   (425) 454-4233
    jaj@sebrisbusto.com
6   mkelly@sebrisbusto.com

7   Attorneys for Defendant
    Senior Operations, LLC d/b/a AMT
8   Senior Aerospace, Inc.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

STIPULATION OF WITHDRAWAL AND
SUBSTITUTION OF COUNSEL – 2
*Ngo v. Senior Operations, LLC, et al* – Case No. 18-2-01313 RSL

SEBRIS BUSTO JAMES
14205 SE 36th St., Suite 325
Bellevue, Washington 98006
Tel: 425-454-4233 – Fax: 425-453-9005